### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

REGINALD CHANDLER,

    Petitioner,

v.                                        CASE NO. 4:10-cv-00503-MP-CAS

ERIC HOLDER,

    Respondent.

_____/

### **O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 22, 2012. (Doc. 17). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is TRANSFERRED to the United States District Court for the Southern District of Florida, Miami Division, for all further proceedings.

    **DONE AND ORDERED** this 24th day of September, 2012.



                                    Maurice M. Paul, Senior District Judge